1  STEVEN W. MYHRE
   Acting United States Attorney
2  District of Nevada
   PAMELA A. MARTIN
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada  89101
   Phone:  702-388-6336
5  Email:  pam.martin@usdoj.gov
   Attorneys for the United States of America
6

**UNITED STATES DISTRICT COURT**
7  **DISTRICT OF NEVADA**
                     -oOo-
8

9  UNITED STATES OF AMERICA,          )
                                      )      Case No.:  2:06-cr-403-KJD-VCF
10              Plaintiff,            )
                                      )
11 v.                                )
                                      )     **MOTION TO DISMISS SUPERSEDING**
12 EMMANUEL PERPETUO AGUILAR,         )     **INDICTMENT AND QUASH WARRANT**
                                      )
13              Defendant.           )
                                      )
14 _____)

15

16     COMES NOW the United States of America, by and through STEVEN W. MYHRE,

17 Acting United States Attorney, and PAMELA A. MARTIN, Assistant United States Attorney,

18 and files this Motion to Dismiss the Superseding Indictment and Quash the Arrest Warrant as to

19 defendant EMMANUEL PERPETUO AGUILAR only.

20     In December of 2006, a Superseding Indictment was filed charging defendants with

21 violations of the Controlled Substances Act and Money Laundering.  Defendant EMMANUEL

22 PERPETUO AGUILAR has never been arrested by the Drug Enforcement Administration nor

23 the United States Marshals Service.  Both agencies have been unable to locate defendant

24 EMMANUEL PERPETUO AGUILAR for over ten (10) years.

25

26

1    Therefore, the United States respectfully requests that as to defendant EMMANUEL

2  PERPETUO AGUILAR only, the Superseding Indictment be dismissed as to him and the

3  corresponding Arrest Warrant be Quashed.

4    Dated this 6th day of April 2017.

5                                        Respectfully submitted,

6                                        STEVEN W. MYHRE
                                         Acting United States Attorney
7

8

9                                        /s/ *Pamela A. Martin*
                                         PAMELA A.MARTIN
10                                       Assistant United States Attorney

11  IT IS SO ORDERED.

12

13                                       HONORABLE KENT J. DAWSON
                                         UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

2